~~PROPOSED~~ ORDER/COVER SHEET

TO:   Honorable Wayne D. Brazil        RE:   Toole, Willie
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief
      U.S. Pretrial Services Officer       DOCKET NO.:  CR07-015 WDB

DATE: April 16, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Taifa M. Gaskins                       510-637-3756
U.S. Pretrial Services Officer          TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____        Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions: I will discuss the prior record with defendant at 4/30 appearance.

_____Wayne D. Brazil_____        4-19-07
JUDICIAL OFFICER                   DATE

Cover Sheet (12/03/02)

Copy of coversheet: WDB's Stats, Copy to parties via ECF, Pretrial, Financial