1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
For the Northern District of California

8          UNITED STATES  DISTRICT COURT

9            Northern District of California

10               Oakland Division

11   UNITED STATES OF AMERICA,              No. CR 07-0015 LB

12                 Plaintiff(s),            MODIFICATION OF PROBATION
        v.                                  AND RELEASE ORDER
13
     WILLIE B. TOOLE,
14
                 Defendant(s).
15   _____/

16        IT IS HEREBY ORDERED THAT the defendant is ordered released forthwith.  The

17   conditions of probation imposed on May 7, 2007 are modified as follows:

18        1.    The defendant shall reside at the Cornell Correction facility in San Francisco
                for a period of three months.  The defendant is ordered to report to the facility
19              immediately upon his release from custody.

20        2.    The defendant shall submit to a search of his person, property, house,
                residence, vehicle, papers, computer, other electronic communication or data
21              storage devices or media, and effects at any time, by any law enforcement or
                Probation Officer with reasonable suspicion concerning unlawful conduct or a
22              violation of a condition of probation or supervised release.  Failure to submit
                to such a search may be grounds for revocation; the defendant shall warn
23              residents that the premises may be subject to searches.

24        3.    All other conditions of supervision shall remain in effect.

25        **IT IS SO ORDERED.**

26   Dated: March 18, 2010

27                                          /s/ Laurel Beeler
                                            LAUREL BEELER
                                            United States Magistrate Judge
28

     CR 07-00012 LB
     Modification Order